SAN JOAQUIN & KINGS RIVER CANAL & IRRIGATION CO., Inc., v.
STANISLAUS COUNTY et al.

(Circuit Court, N. D. California. September 18, 1911.)

No. 15,359.

In Equity. Suit by the San Joaquin & Kings River Canal & Irrigation Company against the counties of Stanislaus, Merced, and Fresno, Cal. On motion for preliminary injunction. Motion denied. See, also, 163 Fed. 567; 191 Fed. 875.

Action to enjoin the enforcement of certain water rates established by the boards of supervisors in the counties of Stanislaus, Merced, and Fresno, in the state of California, to be charged by complainant for water distributed to the inhabitants of those counties for irrigation after the 1st day of July, 1911.

Garret W. McEnerney and Edward F. Treadwell, for complainant.
L. J. Maddux, Denver S. Church, H. S. Shaffer, and J. P. Langhorne, for defendants.

MORROW, Circuit Judge. This is a motion for an injunction pendente lite.

The action was commenced by the complainant to restrain the defendants from enforcing certain water rates established by the boards of supervisors of Stanislaus, Merced, and Fresno counties after Case No. 14,554, 191 Fed. 875, just decided, had been submitted. The rates in the present case took effect on the 1st day of July, 1911. The motion is submitted upon the bill of complaint and answer, and upon the evidence taken in case No. 14,554.

In the present case it appears that the master's report in the former case was submitted to the boards of supervisors for their consideration, and that they fixed the new rates upon the basis of the master's findings as to the value of complainant's property $896,829.55, adding thereto $60,000 as the value of complainant's franchise, making a total of $956,829.55.

The rates fixed by the boards of supervisors in the present case differ somewhat from the rates fixed in the former case for a like service:

|  | 1907. Per acre, per annum. | 1911. Per acre, per annum. |
|---|---|---|
| Fresno County | $ .85 | $1.25 |
| Merced County | 1.55 | 1.75 |
| Stanislaus County | 1.50 | 2.00 |

It appears in the present case that the total acreage of agricultural lands to be irrigated and the rates to be charged, and the income therefrom, would be as follows:

| | | | | |
|---|---|---|---|---|
| Fresno County | 36,706 acres at $1.25 | | | $45,822.50 |
| Merced County | 47,836 " " 1.75 | | | 83,713.00 |
| Stanislaus County | 11,527 " " 2.00 | | | 23,054.00 |

| | |
|---|---|
| Total.................97,069 acres | $152,485.50 |
| Estimated cost for maintenance in former case applied in this case | 77,164.00 |

| | |
|---|---|
| Net income | $ 75,485.50 |

If the complainant should receive this net income from the increased rates upon the acreage as here stated, it would be in excess of the net income found in the former case, and for the reasons there stated will be in excess of the minimum income allowed by the statute.

It follows that the bill of complaint does not state a cause of action, and the application for an injunction pendente lite must be denied.